**Jules J. LEVIN, Roger P. Levin, and Stacey W. Levin, Plaintiffs–Appellees,**

v.

**SEPTODONT, INC., Defendant–Appellant.**

**No. 01–1284.**

United States Court of Appeals, Federal Circuit.

DECIDED: June 26, 2001.

ON MOTION

MICHEL, Circuit Judge.

ORDER

Septodont, Inc. moves without opposition to transfer its appeal to the United States Court of Appeals for the Fourth Circuit pursuant to 28 U.S.C. § 1631.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

**In re W. Harry MANDEVILLE, Larry K. Truesdale, and Howard Tennent**

**No. 01–1384.**

United States Court of Appeals, Federal Circuit.

DECIDED: June 26, 2001.

ON MOTION

MICHEL, Circuit Judge.

ORDER

The Director of the United States Patent and Trademark Office moves to remand this case for further proceedings. The Director states that W. Harry Mandeville et al. consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.